Peter R. Afrasiabi, Esq. (Bar No. 193336)
  pafrasiabi@onellp.com
Christopher W. Arledge, Esq. (Bar No. 200767)
  carledge@onellp.com
Imran F. Vakil (Bar No. 248859)
  ivakil@onellp.com
ONE LLP
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone:  (949) 502-2870
Facsimile:   (949) 258-5081

*Attorneys for Plaintiff, Mavrix Photographs, LLC.*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTOGRAPHS, LLC., a California limited liability company,<br><br>　　Plaintiff,<br>v.<br><br>MISS JIA, LLC, a Georgia limited liability company d/b/a MISSJIA.com; BRANDY MCCLAIN, an individual, d/b/a MISSJIA.com; and DOES 1-10 INCLUSIVE,<br><br>　　Defendants. | Case No. SACV13-01030 DOC (RNBx)<br><br>**COMPLAINT FOR COPYRIGHT INFRINGEMENT OVER BEYONCE KNOWLES PHOTOGRAPHS**<br><br>**DEMAND FOR JURY TRIAL** |

**COMPLAINT**

Mavrix Photographs LLC ("Mavrix"), by and through its attorneys of record, complains against MISS JIA, LLC d/b/a MissJia.com ("JIA-LLC"), Brandy McClain d/b/a MissJia.com ("McClain"), and DOES 1-10 inclusive, (collectively "Defendants") as follows:

## JURISDICTION AND VENUE

1. This is a civil action against Defendants for acts of copyright infringement in violation of the United States Copyright Act, 17 U.S.C. §§ 101 *et seq.* This Court has subject matter jurisdiction over the copyright infringement under 28 U.S.C. § 1331, 17 U.S.C. § 501(a), and 28 U.S.C. § 1338(a) and (b).

2. Venue is proper in this District under 28 U.S.C. §§ 1391(b) and (c) and 28 U.S.C. § 1400(a) in that the claim arises in this Judicial District, the Defendants may be found and transact business in this Judicial District, and the injury suffered by Plaintiff took place in this Judicial District. Defendants are subject to the general and specific personal jurisdiction of this Court because of their contacts with the State of California.

3. This Court has personal jurisdiction over Defendants. Amongst other things, Defendants have engaged in direct, contributory, vicarious, and/or otherwise induced acts of copyright infringement in this judicial district. Further, Defendants have engaged in continuous and systematic business in California and, upon information and belief, derive substantial revenues from commercial activities in California. Plaintiff is informed and believes and, upon such, alleges that Defendants have also engaged in a multiplicity of acts directed toward California, including without limitation: soliciting and engaging in numerous commercial transactions with California users, operating highly interactive websites that permit Defendants' California users to upload and download infringing and unlawful files, publishing advertisements on www.MissJia.com geo-targeted to California users, and using the lure of infringing materials to openly encourage California users to visit www.MissJia.com. As a result, there is a direct and substantial nexus between Mavrix's claims in this case and Defendants' transaction of business with their California users. Moreover, Defendants' website lies at the most interactive end of the *Zippo*

1   spectrum in terms of its overall design, use and functionality.

## PARTIES

4.  Plaintiff Mavrix is a limited liability company incorporated and existing under the laws of California, with its principal place of business located in Orange County, California.

5.  Plaintiff is informed and believes and, upon such, alleges that JIA-LLC is a *dissolved* Georgia Corporation that does business as MissJia.com with a listed corporate address located at 5715 Old Carriage Drive, Atlanta, Georgia 30349.  Because JIA-LLC is a dissolved Georgia Corporation as identified by the Georgia secretary of state entity no. 3252061, JIA-LLC is presently operating under an unknown form.

6.  Plaintiff is informed and believes and, upon such, alleges that McClain is an individual residing at 5715 Old Carriage Drive, Atlanta, Georgia 30349.  Plaintiff is further informed and believes that McClain is the owner and operator of JIA-LLC and chief operator of the Website, and all decisions and operations related to the Website are made at the direction and/or under the authority of McClain.

7.  On information and belief, JIA-LLC and McClain cooperatively owned and operated the website www.MissJia.com (the "Website" or "www.MissJia.com").  Because JIA-LLC is no longer a recognized legal entity, on information and belief, Plaintiff alleges that McClain is now the sole operator and owner of the Website.

8.  The above-identified defendants are, on information and belief, alter egos of each other and have a tangled set of relationships.  One or all are responsible in part for the copyright infringement that occurred on the website www.MissJia.com.  The above defendants are, on information and belief, engaged in a coordinated scheme to undermine the copyright laws by way of stealing copyrighted images of content owners, such as Plaintiff Mavrix, using those images on their web sites and then gaining significant traffic to their Website as a result of the high value celebrity images.

9.  In the marketplace, celebrity photos carry tremendous value.  Mavrix and its sister company have licensed sets of individual images of celebrities for over $100,000 to

major content outlets. Mavrix is in the market of providing these images, on an exclusive and non-exclusive basis, to major publication outlets. Celebrity content, celebrity gossip and celebrity photos are among the most valued internet commodities to generate traffic to websites. Defendants herein have driven massive traffic to their website in part due to the presence of the sought after and searched-for celebrity images. All of this traffic translates to significant advertising revenue. As such, content websites may effectively monetize the content on their websites by securing eyeballs on the sites which translates to ad revenue; this is in distinction to traditional pre-internet print media who could only monetize content by selling it to end users. Consequently, the Defendants are able to, and do have, a national online magazine located at the above-referenced Website which generates revenue directly from views by people, including and specifically by way of views from California residents.

10. Defendants appear to be part of a coordinated scheme to generate massive web traffic and then monetize that traffic.

11. Indeed, it has been reported by W3Snoop that McClain and JIA-LLC secures approximately 1,149,701 unique visitors per month at the Website in July 2013. Moreover, Alexa.com ranks the Website in the top 22,000 websites nationwide as of July 2013.

12. DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues said Defendants by such fictitious names. Plaintiff will ask leave of Court to amend this Complaint and insert the true names and capacities of said Defendants when the same have been ascertained. Plaintiff is informed and believes and, upon such, alleges that each of the Defendants designated herein as a "DOE" is legally responsible in some manner for the events and happenings herein alleged, and that Plaintiff's damages as alleged herein were proximately caused by such Defendants.

## FACTS COMMON TO ALL COUNTS

13. Mavrix Photo, Inc. is a prominent celebrity photography agency. Mavrix Photographs LLC is an intellectual property holding company, which retains exclusive

rights to certain images created by Mavrix Photo, Inc. Mavrix licenses its photographs to its end customers: the world's leading newspapers, television programs and magazines, like People or US Weekly.

14. Plaintiff believes that Defendants have reproduced, publicly distributed and publicly displayed copyright protected photographs belonging to Mavrix on numerous occasions via their website without permission, consent, nor license.

15. Plaintiff alleges, on information and belief, that in 2011, the Defendants owned, operated and profited from the Website.

16. Despite having no permission, consent, or license to do so, in or around June 2011, Defendants reproduced, publicly distributed and publicly displayed, as well as made available for other's download and display, certain original photographs of superstar singer Beyonce Knowles (the "Photos") belonging to Mavrix. A true and correct copy of the Photos and their infringement by the Defendants is attached as Exhibit 1.

17. Mavrix Photo, Inc. filed for copyright registration of all the Photos within 90 days of their authorship and first publication. The copyright registration certificates covering the Photos are attached hereto as Exhibit 2.

18. Mavrix Photos, Inc. assigned its rights to copyright registration number VA-1-799-844 to Mavrix Photographs LLC.

19. The Photos had substantial monetary value for Mavrix.

## FIRST CLAIM FOR RELIEF
(**Copyright Infringement, 17 U.S.C. § 501 Against all Defendants**)

20. Plaintiff Mavrix incorporates here by reference the allegations in paragraphs 1 through 19 above.

21. Mavrix is the owner of all rights, title and interest in the copyrights to the Photos, which substantially consist of material wholly original with Plaintiff and which are copyright subject matter under the laws of the United States. Mavrix has complied in all respects with the Copyright Act and all of the laws of the United States governing

1  copyrights. The Photos have been registered with the United States Copyright Office.

2      22.    Defendants have directly, vicariously and/or contributorily infringed, and
3  unless enjoined, will continue to infringe Mavrix's copyrights by reproducing, displaying,
4  distributing and utilized the Photos for purposes of trade in violation of 17 U.S.C. § 501 *et*
5  *seq.*

6      23.    Defendants, on information and belief, have willfully infringed, and unless
7  enjoined, will continue to infringe Mavrix's copyrights by knowingly reproducing,
8  displaying, distributing and utilizing the Photos for purposes of trade.

9      24.    Defendants have received substantial benefits in connection with the
10 unauthorized reproduction, display, distribution and utilization of the Photos for purposes
11 of trade, including by increasing the traffic to Defendants' Website and, thus, increasing the
12 advertising fees realized.

13     25.    Defendants' acts are and were performed without the permission, license or
14 consent of Mavrix.

15     26.    The wrongful acts of Defendants have caused, and are causing, great injury to
16 Mavrix, of which damages cannot be accurately computed, and unless this Court restrains
17 the Defendants from further commission of said acts, Mavrix will suffer irreparable injury,
18 for all of which it is without an adequate remedy at law. Accordingly, Mavrix seeks a
19 declaration that Defendants are infringing Mavrix's copyrights and an order under 17
20 U.S.C. § 502 enjoining the Defendants from any further infringement of Mavrix's
21 copyrights.

22     27.    As a result of the acts of Defendants as alleged herein, Mavrix has suffered
23 and is suffering substantial damage to its business in the form of diversion of trade, loss of
24 profits, injury to goodwill and reputation, and the dilution of the value of its rights, all of
25 which are not yet fully ascertainable.

26     28.    Because of the willful nature of the copyright infringement, Mavrix is entitled
27 to an award of statutory damages equal to $150,000 per infringement.

28     29.    Mavrix has identified at least four (4) instances of infringement by Defendants

which occurred by way of reproduction and display of the Photos on the Website and is therefore entitled to an award of $600,000 in statutory damages by the Defendants.

30. Mavrix is also entitled to its attorney's fees in prosecuting this action under 17 U.S.C. § 505.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff requests judgment against Defendants as follows:

1. The Defendants, their officers, agents, servants, employees, representatives, and attorneys, and all person in active concert or participation with them, be permanently enjoyed from designing, copying, reproducing, displaying, promoting, advertising, distributing, or selling, or any other form of dealing or transaction in, any and all advertising and promotional materials, print media, signs, Internet websites, or any other media, either now known or hereafter devised, bearing any design or mark which infringe, contributorily infringe, or vicariously infringe upon Plaintiff Mavrix's rights in the Photos.

2. Defendants be held liable to Plaintiff in statutory damages for copyright infringement, including willful infringement, in accordance with 17 U.S.C. §§ 504(a)(2) & (c) and for costs, interest and reasonable attorney's fees pursuant to 17 U.S.C. § 505.

3. An accounting be made for all profits, income, receipts or other benefit derived by Defendants from the reproduction, copying, display, promotion, distribution or sale of products and services, or other media, either now known or hereafter devised, that improperly or unlawfully infringes upon Plaintiff's copyrights pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

4. Requiring Defendants to account for and pay over to Plaintiff all profits derived by Defendants from their acts of copyright infringement and to reimburse Plaintiff for all damages suffered by Plaintiff by reasons of Defendants' acts, pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

5. Actual damages for copyright infringement pursuant to 17 U.S.C. §§ 504 (a)(1) & (b).

6. That Plaintiff be awarded any such other and further relief as the Court may deem just and appropriate.

Dated: July 11, 2013

**ONE LLP**

By: _____
    Imran F. Vakil, Esq.
    Attorneys for Plaintiff,
    Mavrix Photographs, LLC

# DEMAND FOR JURY TRIAL

Plaintiff Mavrix Photographs, LLC hereby demands trial by jury of all issues so triable under the law.

Dated: July 11, 2013

                          **ONE LLP**

                          By: _____
                              Imran F. Vakil, Esq.
                              Attorneys for Plaintiff,
                              Mavrix Photographs, LLC.

EXHIBIT "1"







EXHIBIT "2"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Register of Copyrights, United States of America

**Registration Number**

**VA 1-799-844**

Effective date of registration:

December 28, 2011

---

## Title
- **Title of Work:** Beyonce Miami blue dress baby bump 111311

## Completion/Publication
- **Year of Completion:** 2011
- **Date of 1st Publication:** November 13, 2011
- **Nation of 1st Publication:** United States

## Author
- **Author:** Cullen Reavley
- **Author Created:** photograph(s)
- **Work made for hire:** No
- **Citizen of:** United Kingdom       **Domiciled in:** United Kingdom
- **Year Born:** 1969

## Copyright claimant
- **Copyright Claimant:** Mavrix Photo Inc
  195 SE 4th Avenue, Deerfield Beach, FL, 33441, United States
- **Transfer Statement:** By written agreement

## Rights and Permissions
- **Organization Name:** Mavrix Photo Inc
- **Name:** Gareth Miles Thomas
- **Email:** gareth@mavrixphoto.com       **Telephone:** 305-542-9276
- **Address:** 195 SE 4th Avenue
  Deerfield Beach, FL 33441  United States

## Certification
- **Name:** Gareth Thomas
- **Date:** December 28, 2011

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge David O. Carter and the assigned discovery Magistrate Judge is Robert N. Block.

The case number on all documents filed with the Court should read as follows:

**SACV13- 1030 DOC (RNBx)**

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

---

CV-18 (03/06)    NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )

MAVRIX PHOTOGRAPHS, LLC, a California limited liability company

**DEFENDANTS** ( Check box if you are representing yourself ☐ )

MISS JIA, LLC, a Georgia limited liability company d/b/a MISSJIA.com; BRANDY MCCLAIN, an individual, d/b/a MISSJIA.com; and DOES 1-10 INCLUSIVE

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

Imran F. Vakil (SBN 248859)
ONE LLP
4000 MacArthur Blvd., Ste. 1100
Newport Beach, CA 92660    (949) 502-2870

**(b) Attorneys** (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

- ☐ 1. U.S. Government Plaintiff
- ☐ 2. U.S. Government Defendant
- ☒ 3. Federal Question (U.S. Government Not a Party)
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multi-District Litigation

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No  (Check "Yes" only if demanded in complaint.)

**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No    ☒ **MONEY DEMANDED IN COMPLAINT:** $ TBD

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
17 U.S.C. 504

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☒ 820 Copyrights |
| ☐ 400 State Reapportionment | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 410 Antitrust | ☐ 130 Miller Act | ☐ 290 All Other Real Property | **TORTS** | ☐ 510 Motions to Vacate Sentence | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 140 Negotiable Instrument | **TORTS** | **PERSONAL PROPERTY** | ☐ 530 General | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | **PERSONAL INJURY** | ☐ 370 Other Fraud | ☐ 535 Death Penalty | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation |  | ☐ 310 Airplane | ☐ 371 Truth in Lending | **Other:** | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influenced & Corrupt Org. | ☐ 151 Medicare Act | ☐ 315 Airplane Product Liability | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 320 Assault, Libel & Slander | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV |  | ☐ 330 Fed. Employers' Liability | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Commodities/Exchange | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 340 Marine | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 190 Other Contract | ☐ 350 Motor Vehicle | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability | ☐ 440 Other Civil Rights | ☐ 690 Other |  |
| ☐ 895 Freedom of Info. Act | ☐ 196 Franchise | ☐ 360 Other Personal Injury | ☐ 441 Voting | **LABOR** |  |
| ☐ 896 Arbitration | **REAL PROPERTY** | ☐ 362 Personal Injury- Med Malpratice | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act |  |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 210 Land Condemnation | ☐ 365 Personal Injury- Product Liability | ☐ 443 Housing/ Accomodations | ☐ 720 Labor/Mgmt. Relations |  |
|  | ☐ 220 Foreclosure | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 445 American with Disabilities- Employment | ☐ 740 Railway Labor Act |  |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act |  |
|  |  |  | ☐ 448 Education | ☐ 790 Other Labor Litigation |  |
|  |  |  |  | ☐ 791 Employee Ret. Inc. Security Act |  |

**FOR OFFICE USE ONLY: Case Number:** SACV13-01030 DOC (RNBx)

AFTER COMPLETING PAGE 1 OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED ON PAGE 2.

CV-71 (02/13)    CIVIL COVER SHEET    Page 1 of 2

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☒ NO  ☐ YES

If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☒ NO  ☐ YES

If yes, list case number(s): _____

Civil cases are deemed related if a previously filed case and the present case:

(Check all boxes that apply)
- ☐ A. Arise from the same or closely related transactions, happenings, or events; or
- ☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
- ☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
- ☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named plaintiff resides.

☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH named defendant resides.

☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | Georgia |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which EACH claim arose.
NOTE: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Orange | |

*Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** _[signature]_    DATE: 7/11/13

Notice to Counsel/Parties: The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet).

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |