| | |
|---|---|
| *Attorney or Party without Attorney:*<br>**IMRAN F. VAKIL, ESQ., Bar #248859**<br>**ONE LLP**<br>**4000 MACARTHUR BLVD.**<br>**WEST TOWER, SUITE 1100**<br>**NEWPORT BEACH, CA 92660**<br>*Telephone No:* (949) 502-2870  *FAX No:* (949) 258-5081<br><br>*Attorney for:* Plaintiff | *For Court Use Only* |
| *Ref. No. or File No.:* **MAVRIX PHOTOGRAPHS** | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Central District Of California | |
| *Plaintiff:* MAVRIX PHOTOGRAPHS, LLC<br>*Defendant:* MISS JIA, LLC | |

| PROOF OF SERVICE<br>Summons & Complaint | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>SACV13-01030 DOC (RNBx) |
|---|---|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT OVER BEYONCE KNOWLES PHOTOGRAPHS - DEMAND FOR JURY TRIAL; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; CIVIL COVER SHEET.

3. a. *Party served:* MISS JIA, LLC, a Georgia limited liability company d/b/a MISSJIA.COM
   b. *Person served:* BRANDY McCLAIN, AGENT FOR SERVICE

4. *Address where the party was served:* 1000 MONTAGE WAY #3310
   ATLANTA, GA 30341

5. *I served the party:*
   b. by substituted service. On: Thu., Jul. 25, 2013 at: 8:05PM by leaving the copies with or in the presence of:
   DJ "DOE" (REFUSED TO PROVIDEM LAST NAME), AUTHORIZED TO ACCEPT SERVICE
   African-American, 30 Years Old, Black Hair, 5 Feet 9 Inches, 190 Pounds
   (2) (Home)Authorized to Accept. I informed him or her of the general nature of the papers.
   (4) A declaration of mailing is attached.

6. The "Notice to the Person Served" (on the Summons) was completed as follows:
   on behalf of: MISS JIA, LLC, a Georgia limited liability company d/b/a MISSJIA.COM
   Other: limited liability company

7. *Person Who Served Papers:*      Recoverable Cost Per CCP 1033.5(a)(4)(B)
   a. WILL ACREE                    d. *The Fee for Service was:* $526.32
   b. Service Provided for:         e. I am: not a registered California process server
   NATIONWIDE LEGAL LLC
   820 N. PARTON ST. (LA 12-234648)
   SANTA ANA, CA 92701
   c. 714-558-2400

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

   Date: Thu, Aug. 08, 2013

   *(signature)* (WILL ACREE)

Judicial Council Form POS-010
Rule 2.150.(a)&(b) Rev January 1, 2007                PROOF OF SERVICE                2453704 .imrvak.213340

| | |
|---|---|
| *Attorney or Party without Attorney:*<br>IMRAN F. VAKIL, ESQ., Bar #248859<br>ONE LLP<br>4000 MACARTHUR BLVD.<br>WEST TOWER, SUITE 1100<br>NEWPORT BEACH, CA 92660<br>*Telephone No:* (949) 502-2870    *FAX No:* (949) 258-5081 | *For Court Use Only* |
| *Attorney for:* Plaintiff | *Ref. No or File No.:*<br>MAVRIX PHOTOGRAPHS |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Central District Of California | |
| *Plaintiff:* MAVRIX PHOTOGRAPHS, LLC | |
| *Defendant:* MISS JIA, LLC | |
| **PROOF OF SERVICE**<br>**By Mail** | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>SACV13-01030 DOC (RNBx) |

1. I am over the age of 18 and not a party to this action. I am employed in the county where the mailing occurred.

2. I served copies of the SUMMONS; COMPLAINT FOR COPYRIGHT INFRINGEMENT OVER BEYONCE KNOWLES PHOTOGRAPHS - DEMAND FOR JURY TRIAL; CERTIFICATION AND NOTICE OF INTERESTED PARTIES (LOCAL RULE 7.1-1); NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM; NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY; REPORT ON THE FILING OR DETERMINATION OF AN ACTION OR APPEAL REGARDING A COPYRIGHT; CIVIL COVER SHEET.

3. By placing a true copy of each document in the United States mail, in a sealed envelope by First Class mail with postage prepaid as follows:

    a. Date of Mailing:         Fri., Jul. 26, 2013
    b. Place of Mailing:        SANTA ANA, CA 92701
    c. Addressed as follows:    MISS JIA, LLC, a Georgia limited liability company d/b/a MISSJIA.COM c/o
                                BRANDY McCLAIN, AGENT FOR SERVICE
                                1000 MONTAGE WAY #3310
                                ATLANTA, GA 30341

4. I am readily familiar with the business practice for collection and processing of correspondence as deposited with the U.S. Postal Service on Fri., Jul. 26, 2013 in the ordinary course of business.

5. *Person Serving:*
    a. OMAR MURILLO
    b. Service Provided for:
       NATIONWIDE LEGAL LLC
       820 N. PARTON ST. (L.A. 12-234648)
       SANTA ANA, CA 92701
    c. (714) 558-2400

   Recoverable Cost Per CCP 1033.5(a)(4)(B)
    d. *The Fee for Service was:*  $526.32
    e. I am: (3) registered California process server
       (i) Employee
       (ii) Registration No.:   12-234648
       (iii) County:            Los Angeles

8. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

    Date: Thu, Aug. 08, 2013

                                                                    (OMAR MURILLO)

Judicial Council Form POS-030
Rule 2.150(a)&(b) Rev January 1, 2007            PROOF OF SERVICE
                                                      By Mail

| Attorney or Party without Attorney: | | For Court Use Only |
|---|---|---|
| IMRAN F. VAKIL, ESQ., Bar #248859<br>ONE LLP<br>4000 MACARTHUR BLVD.<br>WEST TOWER, SUITE 1100<br>NEWPORT BEACH, CA 92660<br>*Telephone No:* (949) 502-2870    *FAX: No:* (949) 258-5081 | | |
| *Attorney for:* Plaintiff | *Ref. No or File No.:*<br>MAVRIX PHOTOGRAPHS | |
| *Insert name of Court, and Judicial District and Branch Court:*<br>United States District Court - Central District Of California | | |
| *Plaintiff:* MAVRIX PHOTOGRAPHS, LLC<br>*Defendant:* MISS JIA, LLC | | |

| AFFIDAVIT OF REASONABLE DILIGENCE | *Hearing Date:* | *Time:* | *Dept/Div:* | *Case Number:*<br>SACV13-01030 DOC (RNBx) |
|---|---|---|---|---|

1. I, WILL ACREE, and any employee or independent contractors retained by Service Provided for: are and were on the dates mentioned herein over the age of eighteen years and not a party to this action. Personal service was attempted on Defendant BRANDY McCLAIN, an individual, d/b/a MISSJIA.com as follows:

2. *Documents:*   Summons; Complaint For Copyright Infringement Over Beyonce Knowles Photographs - Demand For Jury Trial; Certification And Notice Of Interested Parties (Local Rule 7.1-1); Notice To Parties Of Court-Directed Adr Program; Notice Of Assignment To United States Magistrate Judge For Discovery; Report On The Filing Or Determination Of An Action Or Appeal Regarding A Copyright; Civil Cover Sheet.

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Tue | 07/16/13 | 11:18am | Home | 1. ADDRESS: NO ANSWER AT THE DOOR, NO ACTIVITY SEEN OR HEARD, NO CARS, Attempt made by: WILL ACREE. Attempt at: 5715 OLD CARRIAGE DR. ATLANTA, GA 30349. |
| Wed | 07/17/13 | 10:15pm | Home | THE SAME STATUS, NO ANSWER AT THE DOOR, NO VEHICLES, NO ACTIVITY. Attempt made by: WILL ACREE. Attempt at: 5715 OLD CARRIAGE DR. ATLANTA, GA 30349. |
| Thu | 07/18/13 | 8:42pm | Home | NO CHANGE, NO ANSWER AT THE DOOR, NO ACTIVITY, SERVER SPOKE TO A NEIGHBOR WHO STATED THAT THEY HAVE NOT SEEN THE OCCUPANT FOR FEW WEEKS. Attempt made by: WILL ACREE. Attempt at: 5715 OLD CARRIAGE DR. ATLANTA, GA 30349. |
| Sat | 07/20/13 | 10:10am | Home | SERVER SPOKE TO A BLACK MALE/35YRS OLD WHO STATED THAT THE SUBJECT DOES NOT LIVE HERE, HE DOES NOT KNOW THE SUBJECT. LATE MODEL OF DARK BLUE ACURA LIC#BLD 5102 IN THE DRIVEWAY Attempt made by: WILL ACREE. Attempt at: 5715 OLD CARRIAGE DR. ATLANTA, GA 30349. |

| Attorney or Party without Attorney: | For Court Use Only |
|---|---|
| IMRAN F. VAKIL, ESQ., Bar #248859<br>ONE LLP<br>4000 MACARTHUR BLVD.<br>WEST TOWER, SUITE 1100<br>NEWPORT BEACH, CA 92660<br>Telephone No: (949) 502-2870   FAX No: (949) 258-5081 | |
| Attorney for: Plaintiff | Ref. No or File No.:<br>MAVRIX PHOTOGRAPHS |

Insert name of Court, and Judicial District and Branch Court:
United States District Court - Central District Of California

Plaintiff: MAVRIX PHOTOGRAPHS, LLC
Defendant: MISS JIA, LLC

| AFFIDAVIT OF REASONABLE DILIGENCE | Hearing Date: | Time: | Dept/Div: | Case Number:<br>SACV13-01030 DOC (RNBx) |
|---|---|---|---|---|

| Day | Date | Time | Location | Results |
|---|---|---|---|---|
| Wed | 07/24/13 | 3:30pm | Home | 2. ADDRESS: NO ANSWER AT THE DOOR, NO ACTIVITY SEEN OR HEARD, NO ONE AROUND. Attempt made by: WILL ACREE. Attempt at: 1000 MONTAGE WAY #3310 ATLANTA, GA 30341. |
| Wed | 07/24/13 | 9:50pm | Home | NO ANSWER AT THE DOOR, NO ACTIVITY, THERE WAS ONE LIGHT ON INSIDE THE RESIDENCE. Attempt made by: WILL ACREE. Attempt at: 1000 MONTAGE WAY #3310 ATLANTA, GA 30341. |
| Thu | 07/25/13 | 7:30pm | Home | 3. ADDRESS: NO ANSWER AT THE DOOR, NO ACTIVITY, DEFENDANT'S NAME NOT LISTED ON THE CALL BOX TO THE APARTMENT COMPLEX. Attempt made by: WILL ACREE. Attempt at: 10 PERIMETER PARK DRIVE #528 ATLANTA, GA 30341. |
| Thu | 07/25/13 | 8:05pm | Home | Substituted Service on: BRANDY McCLAIN, an individual, d/b/a MISSJIA.com Home - 1000 MONTAGE WAY #3310 ATLANTA, GA 30341 by Serving: party in item 3.a. Person in charge over 18 by leaving a copy of the document(s) with: DJ "DOE" (REFUSED TO PROVIDEM LAST NAME), AUTHORIZED TO ACCEPT SERVICE<br>African-American, 30 Years Old, Black Hair, 5 Feet 9 Inches, 190 Pounds. Served by: WILL ACREE |
| Fri | 07/26/13 | | | Mailed copy of Documents to: BRANDY McCLAIN, an individual, d/b/a MISSJIA.com |

3. *Person Executing*
   a. WILL ACREE
   b. Service Provided for:
      NATIONWIDE LEGAL LLC
      820 N. PARTON ST. (LA 12-234648)
      SANTA ANA, CA 92701
   c. 714-558-2400

Recoverable Costs Per CCP 1033.5(a)(4)(B)
d. *The Fee for service was:* $101.32
e. *I am:*   (3) not a registered California process server

4. *I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.*
   Date: Thu, Aug. 08, 2013

Page Number 2

AFFIDAVIT OF REASONABLE DILIGENCE (WILL ACREE)

2453706.imrvak.213337