# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.    SACV 13-1030-DOC(RNBx)                                    Date    August 29, 2013

Title    MAVRIX PHOTOGRAPHS LLC -V- MISS JIA LLC, ET AL.

| Present: The Honorable | DAVID O. CARTER, US District Judge | |
|---|---|---|
| Julie Barrera | Not Present | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

Proceedings:    (In Chambers)    DISCHARGE OF ORDER TO SHOW CAUSE


   On August 26, 2013, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.  The Court is in receipt of plaintiff's Request for Entry of Default [9] filed on August 28, 2013.

   The Court now orders the Order to Show Cause DISCHARGED.

                                                                                           :    00

                                                            Initials of Preparer    jcb