Peter R. Afrasiabi, Esq. (Bar No. 193336)
    pafrasiabi@onellp.com
Christopher W. Arledge, Esq. (Bar. No. 200767)
    carledge@onellp.com
Imran F. Vakil (Bar No. 248859)
    ivakil@onellp.com
**ONE LLP**
4000 MacArthur Blvd.
West Tower, Suite 1100
Newport Beach, CA 92660
Telephone: (949) 502-2870
Facsimile:  (949) 258-5081

*Attorneys for Plaintiff,*
*Mavrix Photographs, LLC.*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAVRIX PHOTOGRAPHS, LLC., a California limited liability company,<br><br>    Plaintiff,<br><br>v.<br><br>MISS JIA, LLC a Georgia limited liability company d/b/a MISSJIA.com; BRANDY MCCLAIN, an individual, d/b/a MISSJIA.com; and DOES 1-10 INCLUSIVE,<br><br>    Defendants. | Case No. SACV13-01030 DOC (RNBx)<br>Assigned for all purposes to:<br>Hon. David O. Carter<br><br>**NOTICE / REQUEST FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**<br><br>**[PROPOSED ORDER FILED CONCURRENTLY]** |

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**

**TO THE COURT AND ALL PARTIES OF RECORD:**

Pursuant to Fed.R.Civ.P. 41(a)(1(A)(i), Plaintiff Mavrix Photographs, LLC, hereby dismisses the entire action against all Defendants, *without* prejudice.

Dated:  November 4, 2013                                **ONE LLP**

                                                                       /s/Imran F. Vakil/
                                                        By: _____
                                                             Imran F. Vakil, Esq
                                                             *Attorneys for Plaintiff,*
                                                             *Mavrix Photographs, LLC.*

---

**NOTICE OF DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)**